IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STANLEY J. CATERBONE,
:
             Petitioner  :
:
v.                            :     CIVIL ACTION NO. 15-CV-3984
:
LANCASTER BEHAVIORAL HEALTH, et al., :
             Respondents. :

## ORDER

FILED
DEC 29 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Petitioner filed amended petitions for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 on December 10 and 16, 2015, respectively. However, this civil action was dismissed on August 15, 2015 because Petitioner did not exhaust his remedies in state court. The case was closed on that date. It appears that Petitioner has not yet exhausted his state court remedies. Petitioner should note that to file a petition for *habeas corpus* relief in this court Petitioner must be in custody, exhaust his available remedies in state court, and state cognizable claims for relief. He must also file a petition on the court's current form used for filing a petition pursuant to 28 U.S.C. § 2254 and pay the $5.00 filing fee or be granted leave to proceed *in forma pauperis*. .

AND NOW, this 23rd day of December, 2015, **IT IS HEREBY ORDERED** that:

1. The amended petitions for habeas corpus relief are **DISMISSED**;

2. The Clerk of Court shall close this matter; and,

3. There is no cause to issue a certificate of appealability.

_____
J. CURTIS JOYNER, J.